

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**
**TAWANA C. MARSHALL, CLERK**
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed January 9, 2007**                                       **United States Bankruptcy Judge**

_____

BTXN 064 (rev. 08/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Greenwood Landscape Services, Inc. | § | |
| | § | Case No.: 05–32087–bjh7 |
| Debtor(s) | § | Chapter No.: 7 |
| Watermark Construction, L.P. | § | |
| Plaintiff(s) | § | Adversary No.: 05–03428–bjh |
| vs. | § | |
| Greenwood Landscape Services, Inc. et al. | § | |
| Defendant(s) | § | |

# ORDER OF DISMISSAL AFTER SETTLEMENT AGREEMENT IN RELATED BANKRUPTCY CASE

On 6/15/2006 , the court entered an order in the underlying bankruptcy case approving a compromise and settlement agreement between the parties in this adversary proceeding. Based on that order, the court considers all matters involved in this adversary proceeding to be disposed of. More than thirty days have passed since the entry of the order approving the settlement. Consequently, if the settlement provides that this adversary proceeding will be dismissed upon payment of the settlement amount, the court has allotted sufficient time before dismissing the adversary proceeding.

Based on the foregoing,

IT IS ORDERED that this adversary proceeding is DISMISSED without prejudice. To the extent that the parties' compromise and settlement conditions a dismissal upon payment of the settlement amount, this dismissal is without prejudice to a motion in the underlying bankruptcy case to enforce the order approving the compromise and settlement agreement.

# # # End of Order # # #